IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00037-BNB

DONNA SNELLER,

    Plaintiff,

v.

UNITED STATES,
STATE OF COLORADO,
STATE OF OKLAHOMA,
STATE OF KANSAS,
STATE OF NEW MEXICO,
STATE OF TEXAS,
STATE OF NORTH CAROLINA,
STATE OF SOUTH DAKOTA,
STATE OF UTAH, and
JOHN AND JANE DOES 1-50,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff Donna Sneller initiated this action by filing *pro se* a document titled "Private Case to Appropriate Suitor's Superior Claim." In an order filed on January 7, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Sneller to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Sneller to file a Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Ms. Sneller was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On January 29, 2008, Ms. Sneller filed a document that does not cure any of the deficiencies listed in Magistrate Judge Boland's January 7 order. Ms. Sneller has not filed a Complaint and she has failed either to pay the filing fee to file a motion seeking leave to proceed *in forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00037-BNB

Donna Sneller
PO Box 454
Walsenburg, CO 81089

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____Angie_____
Deputy Clerk